UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTA P.C. SULLIVAN, | Case No.: C09-02876 BZ |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| versus | |
| CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., ADVANTA MORTGAGE CORP. USA, ADVANTA NATIONAL BANK, SWISS REINSURANCE COMPANY LIMITED and DOES 1 THROUGH 100, INCLUSIVE, | Hon. Bernard Zimmerman |
| Defendants. | |

Leah M. Quadrino, whose business address and telephone number is STEPTOE & JOHNSON LLP, 1330 Connecticut Ave., N.W., Washington, DC 20036, Tel.: (202) 429-3000, and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Swiss Reinsurance Company Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: July 1, 2009

_____
Hon. Bernard Zimmerman

CBM-IPG\SF449368.1