1  Alan P. Jacobus, No. 206954
   Shay Aaron Gilmore, No. 217196
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:      415.989.5900
   Facsimile:      415.989.0932
5  Email:          ajacobus@cbmlaw.com
                   sgilmore@cbmlaw.com
6
7  John L. Jacobus (pro hac vice)
   Leah M. Quadrino (pro hac vice)
   STEPTOE & JOHNSON LLP
8  1330 Connecticut Avenue, N.W.
   Washington, D.C. 20036
9  Telephone:      202.429.6276
   Facsimile:      202.429.3902
10
11 Attorneys for Defendants
   Swiss Reinsurance Company Ltd. and Swiss Re Life &
   Health America Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO

| | |
|---|---|
| 16  CHRISTA P.C. SULLIVAN, | No. C09-02876 SI |
| 17          Plaintiff, | **STIPULATION AND ORDER FOR SUBSTITUTION OF SWISS REINSURANCE COMPANY LTD. WITH SWISS RE LIFE & HEALTH AMERICA INC. AND ADDITION OF ADVANTA LIFE INSURANCE COMPANY** |
| 18     v. | |
| 19  CHASE HOME FINANCE, LLC, et al., | |
| 20          Defendants. | |

21      Pursuant to the Federal Rules of Civil Procedure, plaintiff CHRISTA P.C.

22 SULLIVAN ("Plaintiff"), defendant SWISS REINSURANCE COMPANY LTD. ("Swiss

23 Re Zurich"), SWISS RE LIFE & HEALTH AMERICA INC. ("SRLHA"), defendants

24 ADVANTA MORTGAGE CORP. and ADVANTA NATIONAL BANK (together,

25 "Advanta Entities"), ADVANTA LIFE INSURANCE COMPANY ("Advanta Life") and

26 defendants CHASE HOME FINANCE, LLC successor by merger to CHASE

27 MANHATTAN MORTGAGE CORPORATION and CHASE BANK USA f/k/a Chase

Manhattan Bank USA, N.A. (together "Chase Entities"), by and through their respective attorneys of record, stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff will dismiss Swiss Re Zurich from this case without prejudice by dismissing the action against this defendant only.

2. Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Plaintiff will file an amended complaint naming SRLHA and Advanta Life as defendants and making other amendments as Plaintiff deems appropriate.

3. Plaintiff and SRLHA agree that SRLHA does not by this stipulation concede that SRLHA is a proper party to these proceedings, nor that it has any responsibility to Plaintiff.

4. Plaintiff, Advanta Entities, and Advanta Life agree that Advanta Entities and Advanta Life do not by this stipulation concede that Advanta Entities and Advanta Life are proper parties to these proceedings, nor that they have any responsibility to Plaintiff.

5. SRLHA, Advanta Entities, and Advanta Life reserve all of their rights under law to object to the amended complaint to be filed by Plaintiff through any and all procedural mechanisms available under the Federal Rules of Civil Procedure.

6. Plaintiff shall file the amended complaint on or before September 18, 2009. Plaintiff agrees and stipulates that SRLHA, Advanta Life and/or any other defendant named shall not be required to respond to the amended complaint with a pleading or with any motion before October 19, 2009.

7. Advanta Entities and Chase Entities hereby give their written permission for Plaintiff to dismiss Swiss Re Zurich, as described in paragraph 1, above.

///
///
///
///

8. Defendants withdraw the pending motions to dismiss and/or strike, currently set to be heard on October 9, 2009. Defendants reserve all rights to re-file or renew their motions in response to Plaintiff's amended complaint.

Dated: September 16, 2009

| CARROLL, BURDICK & MCDONOUGH LLP | MANNION and LOWE |
|---|---|
| /s/ Alan P. Jacobus | /s/ Wesley M. Lowe |
| Alan P. Jacobus<br>Attorneys for Swiss Reinsurance Company Ltd. and Swiss Re Life & Health America Inc. | Wesley M. Lowe<br>Attorneys for Christa P.C. Sullivan |
| ADORNO YOSS ALVARADO & SMITH | DUANE MORRIS LLP |
| /s/ S. Christopher Yoo | /s/ Terrance J. Evans |
| S. Christopher Yoo<br>Attorneys for Chase Home Finance, LLC; Chase Manhattan Mortgage Corporation; and Chase Bank USA, N.A. (f/k/a Chase Manhattan Bank USA, N.A.) | Terrance J. Evans<br>Attorneys for Advanta Mortgage Corp. USA, Advanta National Bank, and Advanta Life Insurance Company |

PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: September ___, 2009

_____
Susan Illston
United States District Court Judge