Alan P. Jacobus, No. 206954
Shay Aaron Gilmore, No. 217196
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:       415.989.5900
Facsimile:       415.989.0932
Email:           ajacobus@cbmlaw.com
                 sgilmore@cbmlaw.com

John L. Jacobus (pro hac vice)
Leah M. Quadrino (pro hac vice)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:       202.429.6276
Facsimile:       202.429.3902
Email:           jjacobus@steptoe.com
                 lquadrino@steptoe.com

Attorneys for Defendant
Swiss Re Life & Health America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>Defendants. | No. C09-02876 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR NEW DEADLINE TO COMPLETE INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

Pursuant to the Federal Rules of Civil Procedure, plaintiff CHRISTA P.C.

SULLIVAN ("Plaintiff"), defendant SWISS RE LIFE & HEALTH AMERICA INC. ("SRLHA"),

defendants ADVANTA MORTGAGE CORP. and ADVANTA NATIONAL BANK (together,

"Advanta Entities"), and defendants CHASE HOME FINANCE, LLC successor by merger to

CHASE MANHATTAN MORTGAGE CORPORATION and CHASE BANK USA f/k/a Chase

Manhattan Bank USA, N.A. (together "Chase Entities"), by and through their respective attorneys

of record, agree and stipulate as follows:

1        1.    WHEREAS, pursuant to Fed. R. Civ. P. 26(a)(1)(A), each party to this action

2 anticipates it will complete its initial disclosure to all of the other parties.

3        2.    WHEREAS, on June 25, 2009, Magistrate Zimmerman ordered the parties to

4 complete their initial disclosures pursuant to Fed. R. Civ. P. 26 by October 19, 2009.

5        3.    WHEREAS, on July 9, 2009, the deadline for completion of the parties' initial

6 disclosures pursuant to Fed. R. Civ. P. 26 was continued to October 30, 2009 upon the Order of

7 the Court.

8        4.    WHEREAS, on October 16, 2009, the parties stipulated pursuant to Civil L.R.

9 16-9 and ADR L.R. 3-5 to participate in a Private Process ADR in an effort to resolve their

10 disputes.

11       5.    WHEREAS, on October 22, 2009, the Court ordered this action referred to a

12 Private Process ADR as stipulated by the parties.

13       6.    WHEREAS, the parties are actively engaged in securing a mediator to conduct

14 the Private Process ADR and believe that a two-week continuance of the October 30, 2009

15 deadline to complete their initial disclosures would aid the parties in their efforts to resolve their

16 disputes.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-2-

7.     THEREFORE, the parties agree and stipulate that each party shall complete its initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(A) on or before November 13, 2009.

Dated:  October 29, 2009

CARROLL, BURDICK & MCDONOUGH LLP

/s/ Alan P. Jacobus
Alan P. Jacobus
Attorneys for Swiss Re Life & Health America Inc.

ADORNO YOSS ALVARADO & SMITH

/s/ S. Christopher Yoo
S. Christopher Yoo
Attorneys for Chase Home Finance, LLC; Chase Manhattan Mortgage Corporation; and Chase Bank USA, N.A. (f/k/a Chase Manhattan Bank USA, N.A.)

MANNION and LOWE

/s/ Wesley M. Lowe
Wesley M. Lowe
Attorneys for Christa P.C. Sullivan

DUANE MORRIS LLP

/s/ Terrance J. Evans
Terrance J. Evans
Attorneys for Advanta Mortgage Corp. USA and Advanta National Bank

PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: _____, 2009

_____
Susan Illston
United States District Court Judge

CBM-IPG\SF461231.1

-3-

STIPULATION AND (PROPOSED) ORDER FOR NEW DEADLINE TO COMPLETE INITIAL DISCLOSURE (NO. C09-02876 SI)