Peter J. Whalen SBN 130041
Terrance J. Evans SBN 227671
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:    pjwhalen@duanemorris.com
           tjevans@duanemorris.com

Attorneys for Defendants
ADVANTA MORTGAGE CORP. USA,
ADVANTA LIFE INSURANCE COMPANY, and
ADVANTA NATIONAL BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK USA f/k/a CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., JP MORGAN CHASE BANK ADVANTA MORTGAGE CORP. USA, ADVANTA NATIONAL BANK, ADVANTA LIFE INSURANCE COMPANY, and SWISS RE LIFE & HEALTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No.: 09-cv-02876-SI<br><br>**NOTICE OF BANKRUPTCY**<br><br>Fed. R. Civ. P 12(b)(6)<br><br>Judge: Hon. Susan Illston<br><br>Dept.:   10 |

　　　　PLEASE TAKE NOTICE that on November 8, 2009, Advanta Mortgage Corp. USA ("Advanta Mortgage") filed a voluntary petition seeking bankruptcy protection under chapter 11 of the Bankruptcy Code (11 U.S.C. §101 et seq.) in the United States Bankruptcy Court for the District of Delaware. Advanta Mortgage's case is being jointly administered along with the cases of the following chapter 11 debtors: Advanta Corp., Advanta Investment Corp., Advanta Business Services Holding Corp., Advanta Business Services Corp., Advanta Shared Services Corp., Advanta Service

Corp., Advanta Advertising Inc., Advantennis Corp., Advanta Mortgage Holding Company, Advanta Auto Finance Corporation, Advanta Finance Corp., Great Expectations International Inc., Great Expectations Franchise Corp., [and] Great Expectations Management Corp. [add after "me too" motion is filed: Ideablob Corp., BizEquity Corp., Adventa Ventures Inc., and Advanta Credit Card Receivables Corp.] The bankruptcy cases have been jointly administered under case number 09-13931 (KJC). A copy of the cover page of Advanta Mortgage's chapter 11 petition is attached hereto.

Pursuant to Bankruptcy Code section 362(a), the filing of the petition, among other things, "operates as a stay, applicable to all entities, of … the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title…" 11 U.S.C. § 362(a)(1). The automatic stay also prohibits "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(3). Thus, the claims against Advanta Mortgage are automatically stayed. The claims against the two other Advanta entities named in this lawsuit should be stayed as well, given the corporate affiliation among the entities and the nature of the claims against them.

Dated: December 11, 2009

DUANE MORRIS LLP

By: _____
Peter J. Whalen
Terrance J. Evans
Attorneys for Defendants
ADVANTA MORTGAGE CORP. USA,
ADVANTA LIFE INSURANCE COMPANY and
ADVANTA NATIONAL BANK

DM1\1995143.1