Peter J. Whalen SBN 130041
Terrance J. Evans SBN 227671
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail: pjwhalen@duanemorris.com
tjevans@duanemorris.com

Attorneys for Defendants
ADVANTA MORTGAGE CORP. USA,
ADVANTA LIFE INSURANCE COMPANY, and
ADVANTA NATIONAL BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK USA f/k/a CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., JP MORGAN CHASE BANK, ADVANTA MORTGAGE CORP. USA, ADVANTA NATIONAL BANK, ADVANTA LIFE INSURANCE COMPANY, and SWISS RE LIFE & HEALTH AMERICA, INC.,<br><br>    Defendants. | Case No.: 09-cv-02876-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ADVANTA MORTGAGE CORP. USA, ADVANTA LIFE INSURANCE COMPANY, AND ADVANTA NATIONAL BANK WITHOUT PREJUDICE<br><br>Fed. R. Civ. P 12(b)(6)<br><br>Judge: Hon. Susan Illston<br><br>Dept.: 10 |

Pursuant to the Federal Rules of Civil Procedure, plaintiff CHRISTA P.C. SULLIVAN ("Plaintiff"), and defendants ADVANTA MORTGAGE CORP. USA, ADVANTA LIFE INSURANCE COMPANY, and ADVANTA NATIONAL BANK (collectively, the "Advanta Entities") by and through their respective attorneys of record, agree and stipulate as follows:

1. WHEREAS, on November 8, 2009, Advanta Mortgage Corp. USA ("Advanta Mortgage") filed a voluntary petition seeking bankruptcy protection under chapter 11 of the Bankruptcy Code (11 U.S.C. §101 et seq.) in the United States Bankruptcy Court for the District of Delaware.

2. WHEREAS, pursuant to Bankruptcy Code section 362(a), the filing of the petition, among other things, "operates as a stay, applicable to all entities, of ... the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title..." 11 U.S.C. § 362(a)(1).

3. WHEREAS, the automatic stay also prohibits "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(3).

4. WHEREAS, because the claims against Advanta Mortgage are automatically stayed, the Advanta Entities contend that the claims against ADVANTA LIFE INSURANCE COMPANY and ADVANTA NATIONAL BANK should be stayed as well, given the corporate affiliation among the entities and the nature of the claims against them in this action.

5. NOW THEREFORE, Plaintiff and the Advanta Entities agree that ADVANTA MORTGAGE CORP. USA, ADVANTA LIFE INSURANCE COMPANY, and ADVANTA NATIONAL BANK should each be dismissed from this action immediately without prejudice.

///
///
///
///
///
///
///

2
STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ADVANTA ENTITIES W/O PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: January 14, 2010 | DUANE MORRIS LLP |

By: _____
Peter J. Whalen
Terrance J. Evans
Attorneys for Defendants
ADVANTA MORTGAGE CORP. USA,
ADVANTA LIFE INSURANCE COMPANY and
ADVANTA NATIONAL BANK


MANNION and LOWE

By: _____
Wesley M. Lowe
Attorneys for Christa P.C. Sullivan


PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: _____, _____

_____
Susan Illston
United States District Court Judge

DM1\2032987

## PROOF OF SERVICE

*Sullivan v. Chase Home Finance, LLC*
United States District Court, Case No. C09-02876 SI

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ADVANTA MORTGAGE CORP. USA, ADVANTA LIFE INSURANCE COMPANY, AND ADVANTA NATIONAL BANK WITHOUT PREJUDICE**

X   BY U.S. MAIL: 1 I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid..

| | | |
|---|---|---|
| **1.** | Wesley Martin Lowe, Esq.<br>Edward Gerard Mannion, Esq.<br>Mannion & Lowe<br>655 Montgomery Street, Suite 1200<br>San Francisco, CA 94111 | Attorneys for Plaintiff<br><br>TEL: 415-733-1050/ FAX: 415-434-4810 |
| **2.** | Alan Palmer Joacobus, Esq.<br>Carroll Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Attorney for Swiss Reinsurance Co.<br><br>TEL: 415-989-5900 / FAX: 415-989-0932 |
| **3.** | John L. Jacobus, Esq.<br>Leah M. Quadrino, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | TEL: 202-429-3000/FAX: 202-429-3902 |

4.     Jonh M. Sorich, Esq.  
      S. Christopher Yoo, Esq.  
      Adorno Yoss Alvarado & Smith  
      A Professional Corporation  
      1 MacArthur Place, Suite 200  
      Santa Ana, CA 92707

Attorneys for Defendants Chase Home Finance LLC, et al.

TEL: 714-852-6800/FAX: 714-852-6899

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 15, 2010

_____  
Amena Edres