JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC successor by merger to CHASE MANHATTAN MORTGAGE CORPORATION and CHASE BANK USA formerly known as CHASE MAHNATTAN BANK USA N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., ADVANTA MORTGAGE CORPORATION USA, ADVANTA NATIONAL BANK, SWISS REINSURANCE COMPANY LIMIATED and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: C09-02876-SI<br><br>JUDGE:   Hon. Susan Illston<br><br>**STIPULATION TO POSTPONE PENDING MOTIONS TO DISMISS, CASE MANAGEMENT CONFERENCE, TRIAL, AND RELATED DEADLINES; AND ORDER THEREON**<br><br>Action Filed: April 1, 2009 |

///

///

1

**STIPULATION TO POSTPONE PENDING MOTIONS TO DISMISS, CASE MANAGEMENT CONFERENCE, TRIAL, AND RELATED DEADLINES**

1115015.3

Plaintiff Christa P.C. Sullivan ("Plaintiff"), defendant Swiss Re Life & Health America Inc. ("SRLHA"), and defendants Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation and Chase Bank USA, N.A. f/k/a Chase Manhattan Bank USA, N.A. (together "Chase Entities"), by and through their respective attorneys of record, agree and stipulate as follows:

1. WHEREAS, on October 16, 2009, the parties to this action stipulated pursuant to Civil L.R. 16-9 and ADR L.R. 3-5 to participate in a Private Process ADR in an effort to resolve their disputes.

2. WHEREAS, on October 19, 2009, both SRLHA and Chase Entities filed separate motions to dismiss Plaintiff's First Amended Complaint pursuant to FED. R. CIV. PROC. 12(b)(6) and obtained separate hearing dates of December 18, 2009 for SRLHA's motion and January 22, 2010 for Chase Entities' motion.

3. WHEREAS, on October 22, 2009, the Court ordered this action referred to a Private Process ADR as stipulated by the parties on October 16, 2009.

4. WHEREAS, on November 6, 2009, the Court continued the separate hearing dates for SRLHA's and Chase Entities' separate motions to dismiss to February 12, 2010 to allow the parties time to participate in a Private Process ADR in an effort to resolve their disputes.

5. WHEREAS, on December 16, 2009, Plaintiff, SRLHA and Chase Entities participated in a Private Process ADR with Justice Laurence Kay (Ret.) and agreed to meet again for another session with Justice Kay on February 12, 2010.

6. WHEREAS, to accommodate the schedule of counsel for the Chase Entities, the second session of mediation with Justice Kay of ADR Services has been postponed from February 12, 2010 to March 1, 2010.

6. WHEREAS, Plaintiff has not yet filed any opposition to either SRLHA's or Chase Entities' motions to dismiss, and Plaintiff's oppositions to these motions are due to be filed by not later than February 26, 2010.

7. WHEREAS, Plaintiff, SRLHA and Chase Entities wish to control the cost of litigation before completing their second session of Private Process ADR with Justice Kay.

8. THEREFORE, Plaintiff, SRLHA and Chase Entities agree to continue the March 19, 2010 hearing date on SRLHA's and Chase Entities' separate motions to dismiss to April 9, 2010 (or to such other date after April 9, 2010 that is most convenient for the Court) and to complete oppositions and replies according to the Federal Rules of Civil Procedure using such date as the hearing date for SRLHA's and Chase Entities' motions to dismiss.

9. THEREFORE, Plaintiff, SRLHA and Chase Entities agree that once the Court has advised these parties of the date most convenient for hearing SRLHA's and Chase Entities' motions to dismiss, SRLHA and Chase Entities will file a notice of continuance of the March 19, 2010 hearing date pursuant to Civil L.R. 7-7 before March 5, 2010.

10. THEREFORE, Plaintiff, SRLHA and Chase Entities additionally agree to postpone all trial related deadlines for 90 days, because since December 2009 (the initial session of the mediation), the parties have not conducted any significant discovery to minimize incurrence of any attorneys' fees and costs in this matter.

11. Therefore, Plaintiff, SRLHA and Chase Entities agree to postpone the upcoming dates as follows (or to such other dates after the dates proposed below that would be most convenient for the Court):

- Further Case Management Conference continued from March 5, 2010 at 3:00 p.m. to April 16, 2010 at 3:00 p.m.

- Discovery cutoff is continued from June 30, 2010 to September 30, 2010. In this regard, the deadline to designate experts is continued from July 30, 2010 to October 29, 2010, rebuttal experts from August 20, 2010 to November 19, 2010, and expert discovery cutoff from September 17, 2010 to December 17, 2010.

- The deadline to hear motions is continued from November 5, 2010 at 9:00 a.m. to February 4, 2011 at 9:00 a.m. Motion is to be filed by December 31, 2010, any opposition is to be filed by January 14, 2011, and any reply is to be filed by January 21, 2011.

- The pretrial conference is postponed from December 21, 2010 at 3:30 p.m. to March 22, 2011 at 3:30 p.m.

- The trial date is postponed from January 10, 2011 at 8:30 a.m. to April 11,

2011 at 8:30 a.m.

DATED: February 23, 2010        MANNION and LOWE

                                By /s/ Wesley M. Lowe
                                   Wesley M. Lowe
                                   Attorneys for Plaintiff
                                   CHRISTA P.C. SULLIVAN


DATED: February 23, 2010        CARROLL, BURDICK & MCDONOUGH LLP

                                By /s/ Alan P. Jacobus
                                   Alan P. Jacobus
                                   Shay Aaron Gilmore
                                   Attorneys for Defendant
                                   SWISS RE LIFE & HEALTH AMERICA INC.


DATED: February 23, 2010        ADORNO YOSS ALVARADO & SMITH
                                A Professional Corporation

                                By /s/ S. Christopher Yoo
                                   JOHN M. SORICH
                                   S. CHRISTOPHER YOO
                                   Attorneys for Defendants
                                   CHASE HOME FINANCE LLC successor by
                                   merger to CHASE MANHATTAN MORTGAGE
                                   CORPORATION and CHASE BANK USA fka,
                                   CHASE MAHNATTAN BANK USA N.A.


PURSUANT TO STIPULATION, IT SO ORDERED.

Dated: _____, _____

[signature: Susan Illston]
_____
Susan Illston
United States District Court Judge

4

**STIPULATION TO POSTPONE PENDING MOTIONS TO DISMISS, CASE MANAGEMENT CONFERENCE, TRIAL, AND RELATED DEADLINES**

1115015.3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

*Sullivan v. Chase Home Finance, LLC, et al.*
USDC Case No.: 09-cv-02876 SI

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On February 24, 2010 I served the foregoing document described as **STIPULATION TO POSTPONE PENDING MOTIONS TO DISMISS, CASE MANAGEMENT CONFERENCE, TRIAL, AND RELATED DEADLINES; AND ORDER THEREON** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ **BY ELECTRONIC SERVICE:** I emailed such document to the above email address.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 24, 2010, at Santa Ana, California.

Vicki Warren

## SERVICE LIST
*Sullivan v. Chase Home Finance, LLC, et al.*
USDC Case No.: 09-cv-02876 SI

| | |
|---|---|
| Wesley Martin Lowe, Esq.<br>Edward Gerard Mannion, Esq.<br>Mannion & Lowe<br>655 Montgomery Street, Suite 1200<br>San Francisco, CA 94111 | Telephone: (415) 733-1050<br>Facsimile: (415) 434-4810<br><br>wlowe@sbcglobal.net<br>gmannion@sbcglobal.net<br><br>**Attorneys for Plaintiff** |
| Terrance James Evans, Esq.<br>Peter James Whalen, Esq.<br>Duane Morris, LLP<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1105 | Telephone: (415) 937-3000<br>Facsimile: (415) 957-3001<br>tjevans@duanemorris.com<br><br>**Attorneys for Defendants Advanta Mortgage Corp. and Advanta National Bank** |
| Alan Palmer Jacobus, Esq.<br>Carroll Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Telephone: (415) 989-5900<br>Facsimile: (415) 989-0932<br><br>**Attorneys for Swiss Reinsurance Co.** |
| John L. Jacobus, Esq.<br>Leah M. Quadrino, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br><br>lquadrino@steptoe.com<br>jjacobus@steptoe.com |

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1085324.1