1  E. Gerard Mannion (State Bar #77287)
   gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   wlowe@sbcglobal.net
3  MANNION & LOWE
   655 Montgomery Street, Suite 1200
4  San Francisco, California 94111
   Telephone: (415) 733-1050
5  Facsimile:  (415) 434-4810

6  Attorneys for Plaintiff
   CHRISTA P.C. SULLIVAN
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | CHRISTA P.C. SULLIVAN,                ) | Case No.: C09-02876 SI
                                           )
12 |        Plaintiff,                     ) | **STIPULATED REQUEST TO**
                                           ) | **CONTINUE CASE MANAGEMENT**
13 | vs.                                   ) | **CONFERENCE; ORDER [PROPOSED]**
                                           )
14 | CHASE HOME FINANCE, LLC, CHASE        )
    | BANK USA f/k/a CHASE MANHATTAN       )
15 | MORTGAGE CORPORATION, CHASE           )
    | MANHATTAN BANK USA, N.A., JP         )
16 | MORGAN CHASE BANK, ADVANTA            )
    | MORTGAGE CORP. USA, ADVANTA          )
17 | NATIONAL BANK, ADVANTA LIFE           )
    | INSURANCE COMPANY, and SWISS RE      )
18 | LIFE & HEALTH AMERICA, INC.,          )
                                           )
19 |        Defendants.                    )
    | _____       )

28

1

---

Stipulated Request to Continue CMC                    U.S. District Court Case No. C09-02876 SI

Plaintiff Christa P.C. Sullivan ("Plaintiff"), defendant Swiss Re Life & Health America Inc. ("SRLHA"), and defendants Chase Home Finance LC successor by merger to Chase Manhattan Mortgage Corporation and Chase Bank USA, N.A. f/k/a Chase Manhattan Bank USA, N.A. (together "Chase Entities"), by and through their respective attorneys of record, agree and stipulate as follows:

1. WHEREAS, on October 16, 2009, the parties to this action stipulated pursuant to Civil L.R. 16-9 and ADR L.R. 3-5 to participate in a Private Process ADR in an effort to resolve their disputes.

2. WHEREAS, at the mediation conducted before Justice Laurence Kay (Ret.) of ADR Services, Inc., the entire case settled.

3. WHEREAS, on April 20, 2010, plaintiff notified the court that the case had settled and that upon successful completion of their obligations set forth in the Settlement Agreement and Release, the parties will file a Stipulation for Dismissal with Prejudice of the action.

4. WHEREAS, the parties have been engaged in the process of drafting a mutually agreeable Settlement Agreement and Release and expect to complete this process within the next three weeks.

5. WHEREAS, as set forth in Plaintiff's Notice of Settlement, upon successful completion of their obligations set forth in the Settlement Agreement and Release, the parties will file a Stipulation for Dismissal with Prejudice of the action.

6. THEREFORE, in view of these developments, Plaintiff, SLHRA and Chase Entities agree to continue the May 7, 2010 Case Management Conference to June 4, 2010 at 3:00 p.m. in Courtroom 10 or to such other date after June 4, 2010 that is convenient for the Court. The parties

///
///
///
///
///
///

expect that they will be in a position to file a Stipulation for Dismissal with Prejudice of the action before June 4, 2010, in which case the Case Management Conference may be vacated by the Court.

Dated: April 29, 2010

MANNION & LOWE
A Professional Corporation

By:___/s/_____
    Wesley M. Lowe
    Attorneys for Plaintiff
    CHRISTA P.C. SULLIVAN

Dated: April 29, 2010

CARROLL, BURDICK & McDONOUGH LLP

By:___/s/_____
    Alan P. Jacobus
    Shay Aaron Gilmore
    Attorneys for Defendant
    SWISS RE LIFE & HEALTH AMERICA INC.

Dated: April 29, 2010

ADORNO YOSS ALVARADO & SMITH

By:___/s/_____
    John M. Sorich
    S. Christopher Yoo
    Attorneys for Defendants
    CHASE HOME FINANCE LLC, successor by merger to CHASE MANHATTAN MORTGAGE CORPORATION and CHASE BANK USA fka CHASE MANHATTAN BANK N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____

_/s/ Susan Illston_____   The case management Conference has been continued to 6/2/10 @ 10:30 a.m.
Susan Illston
United States District Court Judge

M:\Clients\Sullivan v. Chase, Advanta, et al\Pleadings\Stipulated.Request.CTN.CMC.Final.wpd

3