1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
7  Attorneys for Defendants
   CHASE HOME FINANCE LLC successor by
   merger to CHASE MANHATTAN MORTGAGE
8  CORPORATION and CHASE BANK USA
   formerly known as, CHASE MAHNATTAN
9  BANK USA N.A.

**DENIED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., ADVANTA MORTGAGE CORPORATION USA, ADVANTA NATIONAL BANK, SWISS REINSURANCE COMPANY LIMITED and DOES 1 through 100, inclusive,<br><br>    Defendant. | CASE NO.: C09-02876-SI<br><br>JUDGE:   Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE**<br><br>CTRM:   10, 19th Floor<br>DATE:   July 27, 2010<br>TIME:   4:00 p.m.<br><br>Action Filed: April 1, 2009 |

///
///
///

1
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE**
1140299.1

The Court, having reviewed the Motion for Leave to Appear by Telephone at the Case Management filed by Defendants Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation and Chase Bank, USA formerly known as Chase Manhattan Bank USA NA ("Defendants"), and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED, that Defendants may appear telephonically at the Case Management, currently set to be heard on July 27, 2010 at 4:00 p.m. in Courtroom 10, before the Honorable District Judge Susan Ilston of the above-entitled Court, by and through its counsel, S. Christopher Yoo, (714) 852-6868.

DATED: _____         By:_____
                                            Honorable Susan Illston
                                            Judge, United States District Court

# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Sullivan v. Chase Home Finance, LLC, et al.*
USDC Case No.: 09-cv-02876 SI

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On JULY 23, 2010 i served the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY TELEPHONE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ **BY ELECTRONIC SERVICE:** I emailed such document to the above email address.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 23, 2010, at Santa Ana, California.

*Cynthia Rosas*

PROOF OF SERVICE

1085324.1

## SERVICE LIST

*Sullivan v. Chase Home Finance, LLC, et al.*
USDC Case No.: 09-cv-02876 SI

| | |
|---|---|
| Wesley Martin Lowe, Esq.<br>Edward Gerard Mannion, Esq.<br>Mannion & Lowe<br>655 Montgomery Street, Suite 1200<br>San Francisco, CA 94111 | Telephone: (415) 733-1050<br>Facsimile:  (415) 434-4810<br><br>wlowe@sbcglobal.net<br>gmannion@sbcglobal.net<br><br>**Attorneys for Plaintiff** |
| Terrance James Evans, Esq.<br>Peter James Whalen, Esq.<br>Duane Morris, LLP<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1105 | Telephone: (415) 937-3000<br>Facsimile:  (415) 957-3001<br>tjevans@duanemorris.com<br><br>**Attorneys for Defendants Advanta Mortgage Corp. and Advanta National Bank** |
| Alan Palmer Jacobus, Esq.<br>Carroll Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Telephone: (415) 989-5900<br>Facsimile:  (415) 989-0932<br><br>**Attorneys for Swiss Reinsurance Co.** |
| John L. Jacobus, Esq.<br>Leah M. Quadrino, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Telephone: (202) 429-3000<br>Facsimile:  (202) 429-3902<br><br>lquadrino@steptoe.com<br>jjacobus@steptoe.com |

1085324.1