E. Gerard Mannion (State Bar #77287)
gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
wlowe@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiff
CHRISTA P.C. SULLIVAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTA P.C. SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, CHASE BANK USA f/k/a CHASE MANHATTAN MORTGAGE CORPORATION, CHASE MANHATTAN BANK USA, N.A., JP MORGAN CHASE BANK, ADVANTA MORTGAGE CORP. USA, ADVANTA NATIONAL BANK, ADVANTA LIFE INSURANCE COMPANY, and SWISS RE LIFE & HEALTH AMERICA, INC.,<br><br>Defendants. | Case No.: C09-02876 SI<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

## STIPULATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for plaintiff Christa P.C. Sullivan ("Plaintiff"), defendant Swiss Re Life & Health America Inc. ("SRLHA"), and defendants Chase Home Finance LC successor by merger to Chase Manhattan Mortgage Corporation and Chase Bank USA, N.A. f/k/a Chase Manhattan Bank USA, N.A. (together "Chase Entities"), agree and stipulate that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear its or her own attorneys' fees and costs.

1

1 **IT IS SO STIPULATED.**

2

3 Dated: November 10, 2010     MANNION & LOWE
                                A Professional Corporation

4

5                               By: /s/
                                    Wesley M. Lowe
6                                   Attorneys for Plaintiff
                                    CHRISTA P.C. SULLIVAN
7

8 Dated: November 10, 2010     CARROLL, BURDICK & MCDONOUGH LLP

9

10

11                              By: /s/
                                    Alan P. Jacobus
12                                  Shay Aaron Gilmore
                                    Attorneys for Defendant
13                                  SWISS RE LIFE & HEALTH AMERICA INC.

14

15 Dated: November 10, 2010    ADORNO YOSS ALVARADO & SMITH

16

17                              By: /s/
                                    John M. Sorich
18                                  S. Christopher Yoo
                                    Attorneys for Defendants
19                                  CHASE HOME FINANCE LLC, successor by
                                    merger to CHASE MANHATTAN MORTGAGE
20                                  CORPORATION and CHASE BANK USA fka
                                    CHASE MANHATTAN BANK N.A.
21

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24 Date:

25      [signature: Susan Illston]

26 Susan Illston
   United States District Court Judge
27

28 \\MLSERV2\Group\Main Group\Clients\Sullivan v Chase, Advanta, et al\Pleadings\Stipulation Dismissal.wpd