1  E. Gerard Mannion (State Bar #77287)
   gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   wlowe@sbcglobal.net
3  MANNION & LOWE
   655 Montgomery Street, Suite 1200
4  San Francisco, California 94111
   Telephone: (415) 733-1050
5  Facsimile:  (415) 434-4810

6  Attorneys for Plaintiff
   CHRISTA P.C. SULLIVAN
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | CHRISTA P.C. SULLIVAN,              | Case No.: C09-02876 SI
12 |          Plaintiff,                 | STIPULATION OF DISMISSAL AND
   |                                     | ORDER OF DISMISSAL
13 | vs.                                 |
14 | CHASE HOME FINANCE, LLC, CHASE      |
   | BANK USA f/k/a CHASE MANHATTAN      |
15 | MORTGAGE CORPORATION, CHASE         |
   | MANHATTAN BANK USA, N.A., JP        |
16 | MORGAN CHASE BANK, ADVANTA          |
   | MORTGAGE CORP. USA, ADVANTA         |
17 | NATIONAL BANK, ADVANTA LIFE         |
   | INSURANCE COMPANY, and SWISS RE     |
18 | LIFE & HEALTH AMERICA, INC.,        |
19 |          Defendants.                |

                              **STIPULATION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for plaintiff Christa P.C. Sullivan ("Plaintiff"), defendant Swiss Re Life & Health America Inc. ("SRLHA"), and defendants Chase Home Finance LC successor by merger to Chase Manhattan Mortgage Corporation and Chase Bank USA, N.A. f/k/a Chase Manhattan Bank USA, N.A. (together "Chase Entities"), agree and stipulate that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear its or her own attorneys' fees and costs.

1

**IT IS SO STIPULATED.**

Dated: November 10, 2010

MANNION & LOWE
A Professional Corporation

By: /s/
Wesley M. Lowe
Attorneys for Plaintiff
CHRISTA P.C. SULLIVAN

Dated: November 10, 2010

CARROLL, BURDICK & MCDONOUGH LLP

By: /s/
Alan P. Jacobus
Shay Aaron Gilmore
Attorneys for Defendant
SWISS RE LIFE & HEALTH AMERICA INC.

Dated: November 10, 2010

ADORNO YOSS ALVARADO & SMITH

By: /s/
John M. Sorich
S. Christopher Yoo
Attorneys for Defendants
CHASE HOME FINANCE LLC, successor by merger to CHASE MANHATTAN MORTGAGE CORPORATION and CHASE BANK USA fka CHASE MANHATTAN BANK N.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _[signature: Susan Illston]_

---

Susan Illston
United States District Court Judge

\\MLSERV2\Group\Main Group\Clients\Sullivan v Chase, Advanta, et al\Pleadings\Stipulation Dismissal.wpd